**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-24077-CIV-ALTONAGA/Torres**

**MSP RECOVERY CLAIMS,**
**SERIES LLC**,

      Plaintiff,

v.

**AMERICAN NATIONAL**
**PROPERTY & CASUALTY CO.**,

      Defendant.

_____/

**FINAL JUDGMENT**

      Pursuant to the Court's Order [ECF No. 80] granting Defendant's Motion for Summary Judgment [ECF No. 59], it is

      **ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, American National Property & Casualty Co.

      **DONE AND ORDERED** at Miami, Florida, this 22nd day of July, 2021.

                                       _____
                                       **CECILIA M. ALTONAGA**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record